IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR3128 |
| | ) | |
| vs. | ) | |
| | ) | |
| CHASE BOUTIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On July 30, 2015, defendant appeared with counsel for a hearing on the Second Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 124). Defendant was represented by Julie B. Hansen, Assistant Federal Defender. Plaintiff was represented by John E. Higgins, Assistant United States Attorney.

Defendant admitted Allegation Nos. 1 and 5 of the Second Amended Petition, and the Court found the defendant to be in violation of the conditions of his supervised release. Plaintiff moved to dismiss Allegation Nos. 2, 3, 4 and 6 of the Second Amended Petition.

After hearing arguments of counsel and giving defendant an opportunity for allocution, the Court proceeded to sentencing.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked. Defendant is sentenced to the custody of the Bureau of Prisons for a term of 30 months, with credit for time served from October 1, 2014, to October 8, 2014, and since February 4, 2015.

2. Upon completion of defendant's incarceration, he shall not be required to serve any further term of supervised release.

3. Allegation Nos. 2, 3, 4 and 6 of the Second Amended Petition are dismissed.

DATED this 30th day of July, 2015.

          BY THE COURT:

          /s/ Lyle E. Strom

          _____
          LYLE E. STROM, Senior Judge
          United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 201__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

_____
UNITED STATES WARDEN

By: _____